1  JAMES C. HOLLAND; SBN 134233
   Attorney at Law
2  134 North Conyer St.
   Visalia, CA  93291
3  (559) 741-1112
   FAX: (559) 741-1113
4
   Attorney for Plaintiff SHEILA CASEY
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA CASEY, | No: 1:08-CV-01082-OWW-GSA |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| vs. | |
| GLORIA HENRY, Warden, VALLEY STATE PRISON FOR WOMEN; JAMES E. TILTON, Secretary, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; S. NASH, M.D.; B. WOODWARD, M.D.; DOES 1-20; | |
| Defendants. | |

At the request of plaintiff's counsel, the Scheduling Conference is hereby continued from March 27, 2009 to July 2, 2009 at 8:15 a.m. in Courtroom 3.

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   March 19, 2009**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

1