FILED
AUG 31 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA CASEY,<br><br>Plaintiff,<br><br>v.<br><br>GLORIA HENRY, ET AL.,<br><br>Defendant. | Case No. 1:08-cv-1082 OWW GSA<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

Defendant's first request for a forty-five day continuance of the scheduling conference, currently set for September 16, 2009, was considered by this Court and, good cause appearing,

IT IS ORDERED that the scheduling conference is continued to October 5, 2009 at 8:15AM in Courtroom 3 before Judge Oliver W. Wanger.

It is so Ordered. Dated: 8-29-09

_____
United States District Judge

1

[Proposed] Order Continuing Scheduling Conference (1:08-cv-1082 OWW GSA)