UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
SHEILA CASEY,                        )
                                     )    1:08-CV-01082 OWW GSA
                                     )
              Plaintiff,             )
                                     )
     v.                              )    ORDER DISMISSING ACTION
                                     )
GLORIA HENRY, et al.                 )
                                     )
                                     )
              Defendants.            )
                                     )
                                     )
```

Pursuant to the stipulation of voluntary dismissal pursuant to FRCvP 41 filed August 4, 2010 ,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, each side bearing their own costs and fees.

IT IS SO ORDERED.

**Dated:  August 6, 2010**          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

1